IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL KEVIN WESTERFIELD, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　IT IS ORDERED that judgment is entered for the United States of America and against Paul Kevin Westerfield providing that Westerfield shall take nothing and his § 2255 motion is dismissed with prejudice.

　　　DATED this 23rd day of December, 2008.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge