AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
**Paul Kevin Westerfield**

Date of Original Judgment: 07/14/2008
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No: **4:07CR3144**
USM No: **21808-047**

**David R. Stickman**
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **151 months** months **is reduced to** **130 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **07/14/2008** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: **01/03/2012**          **s/ Richard G. Kopf, Senior United States District Judge**
                                    *Judge's signature*

Effective Date: **01/03/2012**       **Richard G. Kopf, Senior United States District Judge**
*(if different from order date)*     *Printed name and title*