IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3144 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PAUL KEVIN WESTERFIELD, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Prosecutor and Federal Public Defender shall notify the undersigned when this matter is ripe for resolution. My previous order (filing 63) is withdrawn.

Dated November 4, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge